**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-00671-WJM

SANDYNE FER RIELEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Vacating Decision of Administrative Law Judge, entered by the Honorable William J. Martínez, United States District Judge, on April 7, 2016,

IT IS ORDERED that the Commissioner's decision is VACATED and this case is REMANDED to the Commissioner for rehearing.

Dated at Denver, Colorado, this 7th day of April, 2016.

                                              BY THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                              By:   s/Deborah Hansen
                                              Deborah Hansen, Deputy Clerk